# Court of Appeals
# of the State of Georgia

ATLANTA,   May 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0385.    FRED L. MURRAY, JR. v. U-HAUL COMPANY INCORPORATED.**

Fred L. Murray, Jr. sought to file an *in forma pauperis* complaint against U-Haul Company Incorporated, seeking injunctive relief. The trial court denied the filing under OCGA § 9-15-2 (d) after finding that the proposed complaint showed a complete absence of any justiciable issue of law or fact. Murray then filed this application for discretionary appeal.

An order denying filing under OCGA § 9-15-2 (d) is not in and of itself subject to the discretionary appeal procedure requirements of OCGA § 5-6-35. Moreover, no provision of subsection (a) of OCGA § 5-6-35 is applicable to this case. The order, therefore, is directly appealable, and Murray's application for appeal is hereby *GRANTED* as required under OCGA § 5-6-35 (j). Murray shall have ten days from the date of this order to file a notice of appeal with the trial court, which is instructed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/16/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*